FILED
CLERK, U.S. DISTRICT COURT
SEP - 4 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>DARWIN JEOVANY PALMA PASTRANA,<br>    aka "Pasha," and<br>EDUAR ISRRAEL SAUCEDA NUNEZ,<br><br>           Defendants. | 2:24-CR-00528-MCS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1203(a): Conspiracy; 18 U.S.C. §§ 1201(a)(1), 2(a), 2(b): Kidnapping; 18 U.S.C. §§ 875(a), 2(a), 2(b): Interstate Communication Containing Demand or Request for Ransom; 8 U.S.C. §§ 1324(a)(1)(A)(ii), (a)(1)(B)(i): Transportation of Aliens Within the United States for Private Financial Gain; 18 U.S.C. §§ 875(c), 2(a): Threat by Interstate Communication; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

INTRODUCTORY ALLEGATION

1. At times relevant to this Indictment, Victim 1 was a national of Guatemala and was not a natural born or naturalized citizen of the United States.

2. This Introductory Allegation is incorporated into each Count of this Indictment.

COUNT ONE

[18 U.S.C. § 1203(a)]

[ALL DEFENDANTS]

A.   OBJECT OF THE CONSPIRACY

Beginning on an unknown date, and continuing until on or about May 21, 2024, in Los Angeles County, within the Central District of California, in Bernalillo County, within the District of New Mexico, and elsewhere, defendants DARWIN JEOVANY PALMA PASTRANA, aka "Pasha," EDUAR ISRRAEL SAUCEDA NUNEZ, together with others known and unknown to the Grand Jury, conspired and agreed with each other to intentionally seize and detain a person, and to threaten to kill, injure, or continue to detain that person, all with the purpose and intention of compelling a third person to act, or refrain from acting, in some way, as an explicit or implicit condition for the release of the seized or detained person, in violation of Title 18, United States Code, Section 1203(a).

B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished in substance as follows:

1.   Co-conspirators would agree, for a set fee, to help undocumented migrants cross the Mexico-United States border.

2.   Once the migrants were in the United States, co-conspirators would drive the migrants to various stash house locations, such as in El Paso, Texas, Phoenix, Arizona, and Albuquerque, New Mexico.

3.   While at these locations, co-conspirators seized migrants' cell phones and did not return them.  Co-conspirators also maintained

2

control over the stash houses, keeping numerous migrants in a single residence at a time – including 57 individuals at a residence located at 340 Utah Street NE in Albuquerque, New Mexico ("the Utah Street Residence").

4. Defendant PALMA and his co-conspirators would reside near the stash houses and would keep large sums of cash and firearms available.

5. Defendant SAUCEDA and co-conspirators would drive migrants to various locations, including Los Angeles, California, to reunite with their friends and family.

6. Before agreeing to release the migrants, defendants PALMA and SAUCEDA would demand an additional payment.

7. Defendant PALMA would place, or would cause the migrant hostage to place, ransom demand calls to the migrants' family members, requesting that they pay money in order for the migrant hostage to be set free.  During these calls, defendant PALMA would threaten to report the migrant hostage to immigration authorities or to the police, and would also suggest that the migrant hostage would be taken to Mexico and killed there.

8. Defendant SAUCEDA would hold the migrant hostage against his or her will while waiting for the ransom to be paid, including by refusing to allow the migrant hostage to be released from the car.

9. Defendant SAUCEDA would collect the ransom payment from the migrant hostage's family members in the United States.

C.   OVERT ACTS

On or about the following dates, in furtherance of the conspiracy, and to accomplish its object, defendants PALMA and SAUCEDA, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, in Bernalillo County, within the District of New Mexico, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   On March 31, 2024, defendant SAUCEDA and his co-conspirators instructed Victim 1 (who had traveled from Guatemala to Mexico to El Paso, Texas, then Phoenix, Arizona, and then to Albuquerque, New Mexico) and at least three other victims to get into his car so they could be transported to Southern California to be reunited with their families.

Overt Act No. 2:   On April 1, 2024, defendant PALMA sent defendant SAUCEDA a voice message via WhatsApp in which defendant PALMA told defendant SAUCEDA that Victim 1 owed $1,500.

Overt Act No. 3:   On April 1, 2024, defendant SAUCEDA ordered Victim 1 to contact his family member, Victim 2, to meet at a parking lot near a Jack in the Box restaurant in Norwalk, California, and Victim 1 complied.

Overt Act No. 4:   On April 1, 2024, defendant SAUCEDA informed Victim 1 that Victim 1 would not be allowed to be reunited with his family until Victim 2 paid an additional $1,500.

Overt Act No. 5:   On April 1, 2024, defendant SAUCEDA drove with Victim 1 to the Jack in the Box parking lot.

Overt Act No. 6:   On April 1, 2024, at the Jack in the Box parking lot, defendant SAUCEDA told Victim 1 and Victim 2 that they owed $1,500.

4

<u>Overt Act No. 7</u>:   On April 1, 2024, at the Jack in the Box parking lot, defendant SAUCEDA told Victim 1 he was not free to leave and instructed him to put on his seatbelt and stay in the car. Defendant SAUCEDA also held down the car's automatic lock button.

<u>Overt Act No. 8</u>:   On April 1, 2024, defendant SAUCEDA drove Victim 1 away from the Jack in the Box, preventing Victim 1 from freely leaving and being reunited with his family member, Victim 2.

<u>Overt Act No. 9</u>:   On April 1, 2024, a co-conspirator caused approximately six recorded voice memoranda to be sent to Victim 2 via WhatsApp. In those voice memoranda, the co-conspirator said, in substance and in part, that if Victim 2 wanted to see her family, she should "pay up." The co-conspirator also told Victim 2 that if Victim 2 did not pay an additional $1,500, Victim 1 would be "sent back," (to Mexico) and might "run into bad luck" there.

<u>Overt Act No. 10</u>:   On April 1, 2024, using WhatsApp, defendant PALMA contacted Victim 2 and wrote the following, in substance and in part: "listen, answer my call," and "they're going to call you."

<u>Overt Act No. 11</u>:   On April 1, 2024, using WhatsApp, a co-conspirator called Victim 2 four times.

<u>Overt Act No. 12</u>:   On April 1, 2024, using WhatsApp, defendant PALMA called Victim 2 and said that unless Victim 2 paid the $1,500, Victim 1 would be returned to Mexico, and defendant PALMA suggested that Victim 1 could be killed there.

<u>Overt Act No. 13</u>:   On April 1, 2024, defendant SAUCEDA, believing that Victim 2 was now willing to pay the $1,500 ransom, drove back to the Jack in the Box with Victim 1.

Overt Act No. 14: On April 1, 2024, as defendant SAUCEDA arrived near the Jack in the Box parking lot with Victim 1, defendant SAUCEDA saw law enforcement nearby and began to drive away.

Overt Act No. 15: On April 1, 2024, as the police were pulling over defendant SAUCEDA, defendant SAUCEDA placed approximately $9,290 in cash, as well as receipts memorializing money transfers to individuals outside of the United States, in the center console of his car before he was arrested.

Overt Act No. 16: On April 2, 2024, using WhatsApp, defendant PALMA sent messages to Victim 2 that contained the following threats that originally appeared in Spanish and have been translated into English, in substance and in part:

    (a) You're going to get fucked, fucking whore. You fucking bitch I'm going to find you one way or another bitch. You damn woman, they arrested my driver, you damn woman

    (b) I'll kill you one way or another, damn woman

    (c) I already have your location and everything, do you think you're going to be safe

    (d) Damn woman

    (e) I'm going to kill you one way or another. Count your hours

Overt Act No. 17: On multiple days between April 3, 2024 and May 20, 2024, defendant PALMA's cell phone was present near the Utah Street Residence.

Overt Act No. 18: On May 15, 2024, defendant PALMA drove a yellow school bus to and from the Utah Street Residence.

Overt Act No. 19: On May 20, 2024, when law enforcement approached the Utah Street Residence to investigate a kidnapping complaint, a co-conspirator drove up to the house and appeared to

count or point at law enforcement, and another co-conspirator fired multiple gunshots in the vicinity of the Utah Street Residence.

<u>Overt Act No. 20:</u>  On May 21, 2024, a yellow school bus with a non-resident permit issued to defendant PALMA was present at the Utah Street Residence when members of the Albuquerque Police Department conducted a welfare check at the Utah Street Residence and found 57 undocumented migrants who were being detained inside.

COUNT TWO

[18 U.S.C. §§ 1201(a)(1), 2(a), 2(b)]

[ALL DEFENDANTS]

On or about April 1, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendants DARWIN JEOVANY PALMA PASTRANA, aka "Pasha," and EDUAR ISRRAEL SAUCEDA NUNEZ, and each aiding and abetting the other, and willfully causing acts to be done, knowingly, willfully, and unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away and held for ransom and reward Victim 1, and, in committing and in furtherance of the commission of the offense, traveled in interstate commerce and used and willfully caused to be used a means, facility, and instrumentality of interstate and foreign commerce, namely, cellular phones, vehicles, and web-based communication platforms, including Facebook Messenger and WhatsApp.

COUNT THREE

[18 U.S.C. §§ 875(a), 2(a), 2(b)]

[ALL DEFENDANTS]

On or about April 2, 2024, in Los Angeles County, within the Central District of California, in Bernalillo County, within the District of New Mexico, and elsewhere, defendants DARWIN JEOVANY PALMA PASTRANA, aka "Pasha," and EDUAR ISRRAEL SAUCEDA NUNEZ, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly, and with intent to extort the sum of $1,500 from Victim 2, transmitted and willfully caused to be transmitted in interstate and foreign commerce, that is, from New Mexico to California, within the United States, WhatsApp communications to Victim 2, which contained a demand and request for a sum of $1,500, as ransom and reward for the release of Victim 1, who had been kidnapped.

COUNT FOUR

[8 U.S.C. §§ 1324(a)(1)(A)(ii), (a)(1)(B)(i)]

[DEFENDANT EDUAR ISRRAEL SAUCEDA NUNEZ]

On or about April 1, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendant EDUAR ISRRAEL SAUCEDA NUNEZ, knowingly and in reckless disregard of the fact that alien Victim 1 had come to, entered, and remained in the United States in violation of the law, knowingly transported and moved alien Victim 1 within the United States, in furtherance of such violation of law, for the purpose of private financial gain.

|   |   |
|---|---|
| 1 | COUNT FIVE |
| 2 | [18 U.S.C. §§ 875(c), 2(a)] |
| 3 | [DEFENDANT DARWIN JEOVANY PALMA PASTRANA] |

On or about April 2, 2024, in Los Angeles County, within the Central District of California, in Bernalillo County, within the District of New Mexico, and elsewhere, defendant DARWIN JEOVANY PALMA PASTRANA, aka "Pasha," and others known and unknown to the Grand Jury, each aiding and abetting the others, with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, messages to Victim 2 via the WhatsApp application, including the following, which originally appeared in Spanish:

(a) You're going to get fucked, fucking whore. You fucking bitch I'm going to find you one way or another bitch. You damn woman, they arrested my driver, you damn woman

(b) I'll kill you one way or another, damn woman

(c) I already have your location and everything, do you think you're going to be safe

(d) Damn woman

(e) I'm going to kill you one way or another. Count your hours

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts One through Four of this Indictment.

2.   Any defendant so convicted shall forfeit to the United States of America the following:

(a)   all right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offenses; and

(b)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), any defendant so convicted shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been

///

///

12

1  placed beyond the jurisdiction of the court; (d) has been
2  substantially diminished in value; or (e) has been commingled with
3  other property that cannot be divided without difficulty.

                                        A TRUE BILL

                                        __/s/_____
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

[signature]

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

DAMARIS M. DIAZ
Assistant United States Attorney
Acting Chief, Violent & Organized Crime
Section

SARA B. VARGAS
Assistant United States Attorney
Violent & Organized Crime Section